UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

AMY R. WILBUR,

        Plaintiff,                              Case No. 1:07cv403

v.                                                   Hon. Robert J. Jonker

COMMISSIONER OF SOCIAL SECURITY,

        Defendants.

_____/

## ORDER AND JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

        The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties on June 18, 2008. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

        **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 18, 2008, is approved and adopted as the opinion of the court.

        **IT IS FURTHER ORDERED** that the decision of the Commissioner is **REVERSED and REMANDED** pursuant to sentence four of Section 405(g) for an evaluation of Dr. Florante's opinon. On remand, the ALJ should explain the weight given to Dr. Florante's opinion pursuant to SSR 96-6p and, if necessary, obtain additional vocational evidence.

                                                      /s/ Robert J. Jonker
                                                      ROBERT J. JONKER
                                                UNITED STATES DISTRICT JUDGE

DATED: July 25, 2008.